UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA L. CASTRO NOREIGA,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA VALLEY MEMORIAL HOSPITAL, JANE and JOHN DOE, HEALTHCARE PROVIDERS I-V, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | No.   1:14-CV-3088-SMJ<br><br>**ORDER GRANTING MOTION TO STRIKE** |

Before the Court, without oral argument, is Defendant Yakima Valley Memorial Hospital Motion to Strike Motion and Memorandum for Partial Summary Judgment, ECF No. 34. The motion asks the court to strike the Motion for Partial Summary Judgment, ECF No. 25. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Yakima Valley Memorial Hospital's Motion to Strike Motion and Memorandum for Partial Summary Judgment, **ECF No. 34**, is **GRANTED**.

ORDER - 1

**2.** The Clerk's Office shall **STRIKE** Defendant Yakima Valley Memorial Hospital's Motion for Partial Summary Judgment, ECF No. 25.

**3.** Defendant may renew this motion at will.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of March 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge