UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA L. CASTRO, a married woman,<br><br>    Plaintiff,<br><br>  v.<br><br>YAKIMA VALLEY MEMORIAL HOSPITAL, JANE and JOHN DOE HEALTHCARE PROVIDERS I-V, and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | No. 1:14-CV-03088-SMJ<br><br>**ORDER DISMISSING PARTY** |

On April 17, 2015, the parties filed a stipulation dismissing Defendant Yakima Valley Memorial Hospital, ECF No. 36. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion for Entry of Order of Dismissal as to Plaintiff and Defendant Yakima Valley Memorial Hospital, **ECF No. 36**, is **GRANTED**.

///

//

ORDER **-** 1

2. All claims against Defendant Yakima Valley Memorial Hospital are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

MARIA L. CASTRO NOREIGA, a married woman,,

Plaintiff,

v.

JANE and JOHN DOE HEALTHCARE PROVIDERS I-V, and THE UNITED STATES OF AMERICA,

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of April 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge