UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIA L. CASTRO NORIEGA, a
married woman,

                    Plaintiff,

        v.

JANE and JOHN DOE HEALTHCARE
PROVIDERS I-V and THE UNITED
STATES OF AMERICA,

                    Defendants.

No.   1:14-CV-3088-SMJ

**ORDER DISMISSING CASE**

On June 9, 2015, the parties filed a stipulated dismissal, ECF No. 38. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

  **1.**  The parties' Stipulated Motion to Dismiss, **ECF No. 38**, is **GRANTED.**

  **2.**  All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

  **3.**  All pending motions are **DENIED AS MOOT.**

  **4.**  All hearings and other deadlines are **STRICKEN.**

  **5.**  The Clerk's Office is directed to **CLOSE** this file.

ORDER - 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of June 2015.

_____

SALVADOR MENDOZA, JR.
United States District Judge